# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON PARKER GOODFELLOW: IV, a minor by GORDON PARKER GOODFELLOW, III and LORENA GOODFELLOW, Parents and Natural Guardians and GORDON PARKER GOODFELLOW, III and LORENA GOODFELLOW, Individually, : : : : : : Plaintiffs : : v. : : SHOHOLA, INC., d/b/a CAMP SHOHOLA FOR BOYS, INC.,: CANDACE KAY LEHMAN and LISA M. CHOU (BRASS), : Defendants : | CIVIL ACTION NO. 3:16-1521<br><br>(JUDGE MANNION) |

## O R D E R

In accordance with the foregoing memorandum, and after considering the briefs of the parties, **IT IS HEREBY ORDERED THAT:**

The motion for reconsideration of the plaintiffs, **(Doc. 28)**, is **DENIED** with respect to the court's May 4, 2017 Memorandum and Order, (Docs. 25-26), dismissing with prejudice their direct medical corporate negligence claims against the Camp, contained in Count III of the amended complaint, (Doc. 10).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: July 20, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1521-02-Order.wpd