# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON PARKER GOODFELLOW: IV, a minor by GORDON PARKER GOODFELLOW, III and LORENA GOODFELLOW, Parents and Natural Guardians and GORDON PARKER GOODFELLOW, III and LORENA GOODFELLOW, Individually, : : : : Plaintiffs : : v. : SHOHOLA, INC., d/b/a CAMP SHOHOLA FOR BOYS, INC.,: CANDACE KAY LEHMAN and LISA M. CHOU (BRASS), : Defendants : | CIVIL ACTION NO. 3:16-1521 (JUDGE MANNION) |

# O R D E R

In accordance with the foregoing memorandum, and after considering the briefs of the parties, **IT IS HEREBY ORDERED THAT:**

**1.** The defendants' motion to dismiss, **(Doc. 49)**, the plaintiffs' second amended complaint, **(Doc. 45)**, is **GRANTED IN PART** and **DENIED IN PART**.

**2.** The defendants' motion to dismiss the plaintiffs' claims for direct corporate negligence against the Camp is **GRANTED**, and the plaintiffs' direct corporate negligence claims against the Camp are **DISMISSED WITH PREJUDICE**.

**3.** The defendants' motion to dismiss the plaintiffs' claims for punitive damages against all of the defendants is **DENIED**, and these claims **WILL PROCEED**.

<pre>                                      s/ *Malachy E. Mannion*
                                      **MALACHY E. MANNION**
                                      **United States District Judge**</pre>

**DATED: August 21, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1521-03-Order.wpd